Daniel E. Thenell, OSB #971655
Email: dan@thenelllawgroup.com
Robert Bletko, OSB #791608
Email: rob@thenelllawgroup.com
Thenell Law Group, P.C.
12909 SW 68th Parkway, Suite 320
Portland, OR 97223
Telephone: 503-372-6450
Facsimile: 503-372-6496
   Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JODY P., and E.P., by and through her Guardian ad Litem Marla D., <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT GARY PETERSEN, <br><br> Defendant. | Case No. 3:13-cv-01321-PK <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' TEMPORARY RESTRAINING ORDER |

 This matter came before the Court on August 15, 2013, on Plaintiffs' motion for a Temporary Restraining Order. Plaintiffs appeared through their attorney, Daniel E. Thenell, Defendant appeared telephonically without counsel, and Linda Lee Petersen appeared through her attorneys Arthur Knauss and Bradley Lechman-Su. The Court having reviewed the records on file herein, and heard oral arguments from all parties, and now being fully advised, finds that:

/ / /

Page 1 – [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' TEMPORARY RESTRAINING ORDER

2013-111

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

1. This Court has jurisdiction over this matter based on 28 USC 1332;

2. Defendant Robert Gary Petersen is currently incarcerated with the Oregon Department of Corrections at the Two Rivers Correctional Institution in Umatilla County, Oregon, having been sentenced to seven years for Sexual Abuse I and Invasion of Privacy, and that Plaintiffs, therefore, are likely to prevail on the merits of this action;

3. There is good cause to believe that immediate and irreparable damage to the Court's ability to grant effective final relief in the form of monetary restitution will occur from the sale, transfer, or other disposition or concealment by Defendant of his assets, unless Defendant is immediately restrained and enjoined by Order of this Court; and

4. That the security bond is waived due to no likelihood of harm to Defendant, and Plaintiffs' likelihood of success on the merits.

**DEFINITIONS**

For the purpose of this Temporary Restraining Order ("Order"), the following definitions shall apply:

1. "Defendant" means Robert Gary Petersen.

2. "Attorney in Fact" means Dr. James G. Petersen.

3. "Assets" means any legal or equitable interest in, right to, or claim to, any real and personal property, including but not limited to, "goods," "instruments," "equipment," "fixtures," "general intangibles," "inventory," "checks," "notes" (as defined in the Uniform Commercial Code), and all chattel, leaseholds, contracts, mail or other deliveries, shares of stock, lists of consumer names, accounts, credits, premises, receivables, funds, and cash, wherever located.

/ / /

/ / /

/ / /

Page 2 – [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' TEMPORARY RESTRAINING ORDER

2013-111

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

## ORDER

**IT IS HEREBY ORDERED** that Defendant and Attorney in Fact shall hereby comply with the terms and conditions of the temporary restraining order granted by the Clackamas County Circuit Court, dated May 22, 2013, Case No. DR13050728, attached herein as **Exhibit A**.

**IT IS FURTHER ORDERED** that Defendant and Attorney in Fact are hereby temporarily restrained and enjoined for ten (10) days following the expiration, stay, vacate, and/or termination of the Clackamas County Circuit Court order from:

1. Transferring, converting, encumbering, selling, concealing, dissipating, disbursing, assigning, spending, withdrawing, perfecting a security interest in, or otherwise disposing of any funds, real or personal property, accounts, contracts, shares of stock, or other assets that are:

    a. owned or controlled by, or held for the benefit of – directly or indirectly – Defendant;

    b. owned or controlled by the Attorney in Fact; and

    c. held by an agent with notice of Defendant.

2. This Order does not apply to prevent Defendant of expenses necessary to provide for his safety or welfare.

**IT IS FURTHER HEREBY ORDERED** that Plaintiffs shall serve and provide notice of this Order to Defendant and Attorney in Fact.

///

///

///

///

///

Page 3 – [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' TEMPORARY RESTRAINING ORDER

2013-111

IT IS SO ORDERED

DATED this 19th day of August 2013.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

By: __/s/ Daniel E. Thenell___
Daniel E. Thenell, OSB #971655
Email: dan@thenelllawgroup.com
Robert Bletko, OSB #791608
Email: rob@thenelllawgroup.com
Thenell Law Group, P.C.
12909 SW 68th Parkway, Suite 320
Portland, OR 97223
Telephone: 503-372-6450
Facsimile: 503-372-6496
    Of Attorneys for Plaintiffs

Agreed to form by:

By: __/s/ Arthur B. Knauss___
Arthur B. Knauss


By: __/s/ Bradley C. Lechman-Su___
Bradley C. Lechman-Su

Page 4 – [PROPOSED] ORDER GRANTING PLAINTIFFS' TEMPORARY RESTRAINING ORDER

2013-111

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

```
                                              2013 MAY 22  AM 9:10
```

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

| | |
|---|---|
| In The Matter Of The Marriage Of ) | NO. **DR13050728** |
| LINDA LEE PETERSEN, ) | |
| Petitioner, ) | EX PARTE TEMPORARY RESTRAINING ORDERS |
| and ) | |
| ROBERT GARY PETERSEN, ) | |
| Respondent. ) | |

This matter came before the Court on Petitioner's Motion for certain ex parte orders, and the Court having reviewed the records on file herein and finding good cause therefore, and being fully advised in the premises; now, therefore,

The Court makes the following findings:

1. Petitioner shall hereafter be referred to as "Wife." Respondent shall hereafter be referred to as "Husband."

2. The parties have two children, who are emancipated.

3. Entry of an Ex Parte Order is authorized by ORS 107.095.

Page 1. EX PARTE TEMPORARY RESTRAINING ORDERS

ARTHUR B. KNAUSS
Attorney at Law
204 Warner Milne Road
Oregon City, Oregon 97045
Office: (503) 659-5337  Fax: (503) 650-0307
Email: art@abknaussatty.com

Exhibit A
Page 1 of 4

IT IS HEREBY ORDERED that pending further order of the Court:

1. <u>Restraining Insurances</u>: Husband and wife should be restrained from canceling, modifying, terminating or allowing to lapse for non-payment of premiums any policy of health insurance, homeowner or renter insurance, or automobile insurance that one party maintains to provide coverage for the other party, or any life insurance policy that names either of the parties, or any life insurance policy. ORS 107.093(2)(b).

2. <u>Changing Insurance Beneficiaries</u>: Husband and wife should be restrained from changing beneficiaries or covered parties under any policy of health insurance, homeowners or renter insurance, or automobile insurance that one party maintains to provide coverage for the other party, or any life insurance policy. ORS 107.093(2)(b)

3. <u>Restraining Assets</u>: Husband and wife should be restrained from transferring, encumbering, concealing, or disposing of property in which the other party has an interest, in any manner, without written consent of the other party or an order of the Court, except in the usual course of business or for necessities of life. ORS 107.093(2)(c). This paragraph does not apply to prevent by either party of:

    a. Attorney fees in this action;

    b. Real estate and income taxes;

    c. Mental health therapy expenses for either party; or

Page 2. EX PARTE TEMPORARY RESTRAINING ORDERS

ARTHUR B. KNAUSS
Attorney at Law
294 Warner Milne Road
Oregon City, Oregon 97045
Office: (503) 650-5337  Fax: (503) 650-0367
Email: art@abknaussatty.com

Exhibit A
Page 2 of 4

        d.    Expenses necessary to provide for the safety and welfare of a party.

4.    <u>Extraordinary Expenditures</u>: Husband and wife should be restrained from making extraordinary expenditures without providing written notice and an accounting of the extraordinary expenditures to the other. ORS 107.093(2)(d).

5.    <u>Asset Restraint</u>: Husband and wife should be restrained from encumbering or disposing of any real or personal property of either or both of the parties, except as the Court may order. ORS 107.095(1)(e).

6.    <u>Restraining Joint Credit</u>: Husband and wife should be prohibited from charging upon the credit of the other without specific permission to do so. All outstanding credit cards which are in the names of both parties should be immediately returned to the issuing creditor with instructions to close the account. Neither party should be required to take any action regarding a credit card for which only that party is responsible.

7.    <u>Retirement Plans</u>: Husband and wife should be restrained from changing any beneficiary designation any of the parties' pension, profit sharing, PERS or other retirement plans, IRSs, or any other retirement-type assets without first obtaining court approval or the written consent of the other party.

8.    <u>Distribution From Retirement-Type Assets</u>: Husband and wife

Page 3.  EX PARTE TEMPORARY RESTRAINING ORDERS

ARTHUR B. KNAUSS
Attorney at Law
294 Warner Milne Road
Oregon City, Oregon 97045
Office: (503) 650-6337   Fax: (503) 650-0367
Email: art@abknauessatty.com

Exhibit A
Page 3 of 4

1 should be restrained from making any distribution from any of the parties'

2 retirement-type asset without first obtaining court approval or the written

3 consent of the other party.

4   DATED this 22 day of May, 2013.

5
6                                             _____
                                                    CIRCUIT COURT JUDGE
7
8   YOUR FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER
    MAY SUBJECT YOU TO THE STATUTORY PENALTIES DESCRIBED
9   IN ORS 33.105 AS WELL AS SUCH OTHER PENALTIES AS THE
    COURT MAY IMPOSE.
10
11  SUBMITTED BY:  ARTHUR B. KNAUSS   OSB#731700
                   Attorney for Petitioner

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Page  4. EX PARTE TEMPORARY RESTRAINING ORDERS

ARTHUR B. KNAUSS
Attorney at Law
204 Warner Milne Road
Oregon City, Oregon  97045
Office: (503) 659-5337   Fax: (503) 650-0367
Email: art@abknaussatty.com

Exhibit A
Page 4 of 4